# UNITED STATES DISTRICT COURT
for the
District of Maryland

OCT 22 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL DARNELL BOSWELL<br><br>*Defendant(s)* | Case No.  **13-2501SAG** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __06/19/2013__ in the county of __Anne Arundel__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 371, 2421, 2422 | Coercion and enticement of an individual to travel in interstate commerce to enage in prostitution; transportation of any individual interstate with the intent that the individual engage in prostitution or any sexual activity; and conspiracy. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kate Reilly, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Oct. 22, 2013

_____
*Judge's signature*

City and state: Baltimore, Maryland

Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*

J5/7

THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

BALTIMORE DIVISION

OCT 2 2 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| IN THE MATTER OF A CRIMINAL COMPLAINT for MICHAEL DARNELL BOSWELL, and SEARCH WARRANTS FOR  **GMAIL ACCOUNTS**  fbm.entertainment@gmail.com fbm.entertainment1@gmail.com  **YAHOO! ACCOUNTS**  michellebella96@yahoo.com m2ezze@yahoo.com | **13-2501SAG**  Case No._____  **13-2502SAG**  **13-2503SAG** |

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT AND CRIMINAL COMPLAINT

I, Kate Reilly, being duly sworn, depose and states as follows:

1.  I am a Special Agent of the United States Immigration and Customs Enforcement, Homeland Security Investigations (HSI), presently assigned to the Human Trafficking Group located at the Custom House, Baltimore, Maryland. I have been employed with HSI since March 2009. As part of my daily duties as an HSI agent, I investigate criminal violations relating to human trafficking including sex and labor trafficking in violation of 18 U.S.C. §§ 1589, 1590 and 1591 as well as interstate prostitution (Mann Act) in violation of 18 U.S.C. §§ 2421, 2422. I have received training in the area of human trafficking and have also participated in the execution of search warrants which involved sex trafficking and sex trafficking of minors. I have received formal training from HSI and other agencies in the area of internet crimes and

investigation including the use of social networking sites and other internet facilities to coerce and/or facilitate prostitution of minors and adults in violation of 18 U.S.C. § 1591 and interstate prostitution (Mann Act) 18 U.S.C. § 2421. As a federal agent, your Affiant is authorized to investigate violations of laws of the United States and is a law enforcement officer with the authority to affect arrests and execute warrants issued under the authority of the United States.

2. This affidavit is submitted in support of a criminal complaint for Michael Darnell BOSWELL and for search and seizure warrants for email accounts. I believe there is probable cause to believe that Michael BOSWELL has committed violations of 18 U.S.C. § 2422, coercion and enticement of an individual to travel in interstate commerce to engage in prostitution; and 18 U.S.C. § 2421, transportation of any individual interstate with the intent that the individual engage in prostitution or any sexual activity for which the individual can be charged with a criminal offense; and conspiracy to commit the above offenses in violation of 18 U.S.C. § 371. I further believe that there is probable cause to believe that a search of the email accounts listed below will uncover evidence, fruits, and/or instrumentalities of these violations.

3. The email accounts to be searched are

a. **fbm.entertainment@gmail.com** and **fbm.entertainment1@gmail.com**, maintained by Google, Inc. (Google), located at 1600 Amphitheatre Parkway, Mountain View, California 94043.

b. **michellebella96@yahoo.com,** and **m2ezze@yahoo.com,** maintained by Yahoo! headquartered at 701 First Avenue, Sunnyvale, CA 94089.

4. This Court has jurisdiction to issue the requested search warrants because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a),

(b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). The procedure by which the government will search the email accounts and seize the information contained is described in Attachments A and B hereto and below.

5. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence, fruits and instrumentalities of violations of the aforementioned federal statutes are located within the email accounts described above. The information contained in this affidavit came from my own participation in the investigation described herein as well as other agents and officers involved in this investigation. I have not included each and every fact known to me or collectively known by agents and officers involved in this investigation, rather facts sufficient to establish probable cause.

## BACKGROUND OF THE INVESTIGATION

6. On June 19, 2013, Anne Arundel County Police Department's (AAPD) Vice Unit initiated an investigation into suspected prostitution activity at the Microtel Hotel (Microtel) located at 1170 Winterson Road, Linthicum, MD 21090. On this date, AAPD detectives accessed the "Escort" section of the website Backpage.com and located an advertisement that depicted photos of a black-female in partially nude and provocative poses.[1] The advertisement displayed the phone number \*\*\*-\*\*\*-2668 and instructed the potential customer to call or text this number to set up a "date." Investigators, based on their training experience, determined the advertisement was consistent with an offer for commercial sexual services.

7. Later on June 19, 2013, an AAPD detective, acting in an undercover capacity, sent a text to this same number stating that he just got off work, was looking for an hour long

---

[1] Backpage.com is an online classified site that is commonly used to advertise for prostitution and sexual services.

appointment, and wanted to know how much an hour appointment would cost. The detective received a text message in reply, asking if the undercover detective wanted to visit her at her location or meet at his location. The undercover detective replied that he wanted to meet at her location. The response to this stated that it would be $150 for an hour long appointment. The undercover detective also inquired about "backyard play," or anal sex, which increased the rate to $200. Upon agreeing to this amount, the undercover detective was then directed to the Microtel and more specifically, room 240. The undercover detective later canceled the "date;" but AAPD detectives maintained surveillance at the Microtel.

8. During that surveillance, AAPD detectives observed a black male, later identified as Michael Darnell BOSWELL (DOB \*\*/\*\*/1983), driving a white Ford Expedition with North Carolina registration "ZTE 3073." Detectives watched BOSWELL drive from the Microtel to a nearby Wendy's restaurant and 7-11. Upon his return to the Microtel, detectives observed BOSWELL enter room 240 with a Wendy's bag and then exit the room without it. Hotel records indicate that room 240 and also room 242 were registered to a female, later identified to law enforcement and referred to herein as "A.G.," with an arrival date of June 18, 2013 and a departure date of June 19, 2013 that was later extended to June 20, 2013, and both rooms were paid for in cash.

9. Detectives later surveilled BOSWELL driving the Ford Expedition to a nearby Walmart. Detectives observed A.G. and R.T. exit BOSWELL's vehicle and enter the Walmart. A.G. and R.T. later returned to the vehicle and were then driven by BOSWELL to the Microtel. Upon their return, AAPD detectives observed A.G. and R.T. enter room 240. BOSWELL remained in his vehicle at this time.

10. On June 20, 2013, AAPD detectives returned to the Microtel and observed the white Ford Expedition in the parking lot. At approximately 10:28 am, a different detective, acting in an undercover capacity, texted the phone number in the same Backpage ad from the previous day (\*\*\*-\*\*\*-2668). A text conversation was initiated and an outcall "date"[2] was set up between the undercover detective and the female in the Backpage ad at the Red Roof Inn located at 827 Elkridge Landing Road, Linthicum, MD.

11. After the "date" for commercial sex was set up, surveillance teams observed BOSWELL drive A.G. in the Ford Expedition from the Microtel to the Red Roof Inn. The undercover detective directed A.G. to room 236 at the Red Roof Inn. Once A.G. entered the hotel room, the undercover detective asked her if she had a condom to which she replied "yes" and removed one from the small, black bag she was carrying. A.G. was arrested by AAPD and charged with prostitution and related offenses. BOSWELL was also arrested at a nearby parking lot, and R.T. was arrested at the Microtel in room 242. A search warrant was executed for rooms 240 and 242 at the Microtel and the Ford Expedition.

12. In a voluntary interview, A.G. provided information to law enforcement. She stated that BOSWELL recruited her at a party in North Carolina, and arranged for her to travel from Greensboro, NC, to Richmond, VA, via a Greyhound Bus that was purchased for her. This was corroborated by a Greyhound Bus ticket, in A.G.'s name, for such a trip recovered during the search of the Microtel. Once in Richmond, A.G. met up with BOSWELL and R.T., and, at BOSWELL's direction, began working as a prostitute in Virginia. She also stated that BOSWELL transported her and R.T. to Maryland for the purpose of further engaging in

---

[2] Based on my training and experience, I know that an "outcall" is a an appointment for commercial sex where the prostitute travels to the customer's location.

prostitution. She stated that BOSWELL would communicate directly with the sex customers, and then inform her when she had a "date" set up. Investigators

13. Pursuant to a subpoena to Backpage.com discussed above, Backpage provided records that showed, *inter alia*, that the customer account associated with the Backpage advertisement above had as its associated email address **fbm.entertainment1@gmail.com**. FBM Entertainment is a business owned by BOSWELL, as described below, Para. 16. Backpage requires account holders to provide an email address, which Backpage uses for all customer communications, such as confirmation of the posting of an advertisement, receipts for payments, and general account information. The subpoena response shows multiple advertisements for "escort services" consistent with advertisements for commercial sex (i.e. prostitution) were posted on Backpage.com with this same account from at least April 2013 through July 2013. These advertisements advertised services in various states including North Carolina, Virginia, Washington, DC and Maryland.

  a. The subpoena response showed the account associated with **fbm.entertainment1@gmail.com** was used to post advertisements for commercial sexual services in Richmond, Northern Virginia and Maryland. For instance, on June 12, 2013, an advertisement for sexual services in Richmond, Virginia from "Ms. Monroe" was posted, showing pictures of R.T. A similar advertisement for sexual services in Richmond, Virginia from "Kimberly" (A.G.) was also posted. Similar advertisements were posted against on June 13, 2013.

  b. On June 14, 2013, an advertisement for sexual services in Springfield/Northern Virginia from R.T was posted. A similar advertisement for R.T. was

6

reposed on the June 15, 16, and 17. A similar advertisement for sexual services in Springfield/Northern Virginia from A.G. was also posted on June 16 and 17.

   c. On June 18, 2013, Backpage ads were posted advertising sexual services by R.T. and A.G. in the Baltimore/BWI area. The IP addresses used to make these posts was registered to the Microtel where BOSWELL, A.G and R.T. were staying at the time AAPD was conducting the undercover operation.

  14. The Backpage subpoena also showed that most of the associated advertisemetns for commercial sex acts were paid for with American Express credit card ending with 9231. A subpoena to American Express showed that the American Express customer is Michael BOSWELL, DOB \*\*/\*\*/1983, 1500 Burgundy Street, Apt. A, Raleigh, NC 27610, phone number \*\*\*-\*\*\*-9148, and that the email associated with the account was **m2ezze@yahoo.com**.

   a. The American Express transaction records also show numerous payments made to BACKPAGE.COM and merchants in North Carolina, Virginia, and Maryland. In the weeks following BOSWELL's arrest in Anne Arundel County, several transfers of money were made from the American Express account to "catrina battle" via the email address **michellebella96@yahoo.com**. In my training and experience, online payment services (such as Paypal) commonly allow payments to be made to an account identified by an email address. The email address serves as the account identifier (much like an account number serves as the identifier for a traditional bank account). I therefore believe that the email address **michellebella96@yahoo.com** is an email address associated with an account used for transfer payments relating to the commercial sex acts targeted by this investigation.

   b. Witnesses have advised investigators that Battle is BOSWELL's fiancée.

Also, at the time of his arrest, BOSWELL told detectives that Battle was his girlfriend and asked that she be notified of his arrest. Battle has prior charges for prostitution, including a recent arrest on July 24, 2013 in Raleigh, North Carolina resulting in charges for prostitution-related offenses. According to subpoena results from Backpage.com, some of the Backpage postings for commercial sex acts associated with this investigation list "Catrina Battle" as the name on the account making the posting.

15. In my training and experience, financial accounts (such as accounts with banks, credit cards, and payment providers) often have an email address associated with account. The financial institutions will typically send emails to those associated accounts containing information related to the account – including summary information about the account, information about specific transactions, and responses to questions from the customer. I therefore believe there is probable cause to believe that the email accounts **fbm.entertainment1@gmail.com, m2ezze@yahoo.com**, and **michellebella96@yahoo.com**, will contain records and information about transactions associated with violations of 18 U.S.C. §§ 2421 & 2422.

16. BOSWELL is a self-proclaimed "party planner" and owns a business called F.B.M. Party Planners (FBM) and Mobile Mixtape Entertainment. At the time of arrest, BOSWELL had in his wallet two business licenses for FBM and Mobile Mixtape. He also had an IRS Form 8832, Entity Classification Election, in his wallet, which contained the business name of Mobile Mixtape and an Employer Identification Number (EIN). These documents show both businesses are registered to the address 2010 Hodge Creek Drive, Apt. 104, Raleigh, NC 27609.

  a. The website for FBM is fbm1entertainment.escort-site.com. An open-source review of this website confirmed that this website advertises escort services and prostitution. Under the "photos" section of the website there are multiple females, such as "Candy" and "Mz Slim," in partially nude photographs. The "services" section of the website indicates the types of services provided by FBM, such as "Fetish/Fantasy, Role Play, Mistress Worship." There is also a list on the site entitled "My Escort Services," which lists common terms used in prostitution and their definitions, such as "69 (69 sex), BJ (blow job), CBJ (Covered Blow Job; Oral sex with a condom)."

  b. The search warrant executed by AAPD at the Microtel also recovered a notepad with the term "FBM 4 Lyfe" handwritten on it. Furthermore, in a voluntary interview with your affiant, R.T. stated that when she met BOSWELL at a party in North Carolina he gave her a business card with "FBM" on the front of it. BOSWELL told her that "FBM" stands for Future Black Millionaire.

  c. The "contact" section of the website, fbm1entertainment.escort-site.com, states that customers and others can contact "FBM" at the email address **fbm.entertainment@gmail.com**. Based on my training and experience, I know that online businesses often provide a contact email address to answer customer questions, to sell and facilitate the sale of products and services (legitimate or illegitimate), and to handle financial transactions related to the online business. I therefore believe there is probable cause to believe that the contents of the email account **fbm.entertainment@gmail.com** will contain evidence, fruits, and/or instrumentalities of violations of 18 U.S.C. §§ 2421 & 2422.

  17. BOSWELL was charged in in Anne Arundel County Circuit Court with various

9

offenses, including Human Trafficking, Prostitution, and Possession of Marijuana. He is presently detained pending trial on these charges.

18. Prior to his arrest in Maryland, BOSWELL had multiple arrests in New Jersey, North Carolina, and Virginia, including charges for prostitution and related offenses, as follows:

a. On November 24, 2010, BOSWELL was arrested and charged in Raleigh, North Carolina with 1) Possession of a Firearm by a Felon, 2) Possession of Marijuana Up to ½ Ounce, and 3) Aid and Abet Prostitution. On May 20, 2013, he was convicted of Possession of a Firearm by a Felon, which is a felony charged.

b. On April 20, 2011, BOSWELL was arrested and charged in Raleigh, North Carolina for Maintain Place for Prostitution, which was dismissed.

c. On May 3, 2012, BOSWELL was arrested in Henrico County, Virginia for 1) Two Counts of Prostitution: Receive Earnings (Pandering), 2) Possess Marijuana, 3) Prostitution: Aid, and 4) Prostitution: Keep/Reside in Bawdy Place. All charges were dismissed.

d. On January 4, 2013, BOSWELL was arrested in Henrico County, Virginia for 1) Prostitution: Use Vehicle to Aid, 2) Two Counts Prostitution: Aid, 3) Prostitution: Keep/Reside in Bawdy Place, 4) Weapon: Possess by Felon (Not Firearm), and 5) Possess Marijuana 2+ Offense. BOSWELL was found not guilty of Possess Marijuana 2+ Offense. There was no disposition for Weapon: Possess by Felon (Not Firearm) and all other charges were dismissed.

e. On March 11, 2013, BOSWELL was arrested and charged in Henrico County, Virginia for 1) Six counts of Prostitution: Receive Earnings (Pandering), 2) Prostitution: Aid, 3) Two counts of Prostitution: Use Vehicle to Aid, 4) Two counts of Prostitution: Cause

Person to Enter Bawdy Place, and 5) Prostitution: Keep/Reside In Bawdy Place. BOSWELL was released on bond for these charges and was awaiting trial at the time he was arrested in Maryland. At the time of his arrest in Maryland, he was also on probation at the time for a prior firearm offense.

### BACKGROUND CONCERNING EMAIL

19. In my training and experience, I have learned that companies such as Yahoo and Google provide a variety of online services, including electronic mail ("email") access, to the public. That allows subscribers to obtain email accounts like the email accounts listed in Attachment A. Subscribers obtain an account by registering with the company. During the registration process, the company asks subscribers to provide basic personal information. Therefore, the computers of the company are likely to contain stored electronic communications (including retrieved and unretrieved email for subscribers) and information concerning subscribers and their use of email services, such as account access information, email transaction information, and account application information. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

20. An email account subscriber can also store with the provider files in addition to emails, such as address books, contact or buddy lists, calendar data, pictures (other than ones attached to emails), and other files, on servers maintained and/or owned by the company. In my training and experience, evidence of who was using an email account may be found in address books, contact or buddy lists, email in the account, and attachments to emails, including pictures and files.

21. In my training and experience, email providers generally ask their subscribers to

provide certain personal identifying information when registering for an email account. Such information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative email addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number). In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

22. In my training and experience, email providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account. In addition, email providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the email account.

23. In my training and experience, in some cases, email account users will communicate directly with an email service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Email providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a

result of the communications. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

## STATUTORY BASIS FOR SEIZURE AND FORFEITURE

24. This warrant application is governed by 18 U.S.C. § 2703(a), which permits governmental entities to require disclosure of the contents of stored electronic communications pursuant to a search warrant. Section 2703(a) further provides that such a warrant may be issued "by a court with jurisdiction over the offense under investigation." Moreover, §§ 2703(c)(1)(A) and (c)(2), provide that, in addition to the contents of electronic communications, the government may obtain by means of a search warrant any remaining types of records and information, such as computer logs and subscriber information, pertaining to a subscriber of an electronic communication service or remote computing service. Section 2703(c)(3) provides further that under such circumstances, no notice to the subscriber or customer is required.

## CONCLUSION

25. Based upon the information outlined above, there is probable cause to believe that Michael BOSWELL has violated 18 U.S.C. § 2422(a), coercion and enticement of an individual to travel in interstate commerce to engage in prostitution; 18 U.S.C. § 2421, transportation of any individual interstate with the intent that the individual engage in prostitution or any sexual activity for which the individual can be charged with a criminal offense; and conspiracy to commit the above offenses in violation of 18 U.S.C. § 371.

26. Furthermore, I submit that there is probable cause to believe that evidence, fruits, and/or instrumentalities of these violations is currently located in the email accounts specified in

Attachment A. Therefore, I respectfully request that the attached warrant be issued authorizing the search of the email accounts listed in Attachment A and the seizure of the items listed in Attachment B.

Kate N. Reilly, Special Agent
Homeland Security Investigations (HSI)
Department of Homeland Security

Sworn and subscribed before me
this ___ day of October, 2013

HONORABLE STEPHANIE A. GALLAGHER
UNITED STATES MAGISTRATE JUDGE